IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HONORIO ANTONIO SANCHEZ-VALENCIA,<br><br>    Defendant. | CRIMINAL CASE NO.<br><br>1:13-cr-191-01-JEC-ECS |

**<u>ORDER</u>**

This case is before the Court on the Magistrate Judge's Report and Recommendation [97] recommending accepting defendant's plea of guilty tendered on January 16, 2014. No objections to the Report and Recommendation [97] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [97] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Superseding Indictment.

SO ORDERED this 23rd day of May, 2014.

<u>/s/ Julie E. Carnes</u>
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)